IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00293-PAB-KMT

CAROLINA CASUALTY INSURANCE COMPANY, a Florida corporation,

    Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,
CORNERSTONE SYSTEMS INCORPORATED, a Tennessee corporation,
RHONDA TRABER, individually,
ALBERT TUCKER, individually and as surviving spouse of CONNIE TUCKER, deceased,
EBLIN R. LOPEZ d/b/a GAVILANES TRUCKING INCORPORATED, a California corporation,
GERMAN A. ROSALES, individually, and
ROENSTERS DELIVERY SERVICE, INC., a California corporation,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on plaintiff's Motion for Dismissal Without Prejudice [Docket No. 34].  Plaintiff moves to dismiss its claims against defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and states that defendants either do not oppose dismissal, have not been served, or have been served but have not answered the complaint.  Accordingly, it is

**ORDERED** that plaintiff's Motion for Dismissal Without Prejudice [Docket No. 34] is **GRANTED**.  It is further

**ORDERED** that this matter is dismissed without prejudice, the parties to pay their own attorney's fees and costs.

DATED June 22, 2011.

                                                                                   BY THE COURT:

                                                                                <u>s/Philip A. Brimmer</u>
                                                                                PHILIP A. BRIMMER
                                                                                United States District Judge